IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No.  10-cv-02750-WDM

ELECTRONIC SOLUTIONS, INC.,

    Plaintiff,

v.

HUNTER DOUGLAS, INC.,

    Defendant.
_____

**MINUTE ORDER**
_____

SENIOR JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    The motion to withdraw document (ECF No. 8) is granted.

Dated:  January 11, 2011

                                                  s/ Jane Trexler, Judicial Assistant