IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-02750-WDM-MJW

ELECTRONIC SOLUTIONS, INC.,
HUNTER DOUGLAS, INC. AND
DRAPER, INC.,

Plaintiffs,

v.

MECHOSHADE SYSTEMS, INC.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

   It is hereby ORDERED that the Joint Motion for Entry of Confidentiality Stipulation and Protective Order (docket no. 25) is GRANTED finding good cause shown.  The written Confidentiality Stipulation and Protective Order (docket no. 25-1) is APPROVED as amended in paragraph 28 and made an Order of Court.

Date:  February 4, 2011