IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02750-WDM-MJW

ELECTRONIC SOLUTIONS, INC.,
HUNTER DOUGLAS, INC., and
DRAPER, INC.,

    Plaintiffs,

v.

MECHOSHADE SYSTEMS, INC.,

    Defendant.

---

**ORDER REGARDING DEFENDANT'S MOTION TO STAY
(DOCKET NO. 23)**

---

Entered by Magistrate Judge Michael J. Watanabe

    This matter is before the court on the Defendant's Motion to Stay (docket no. 23). The court has reviewed the motion and the response (docket no. 32). In addition, the court has taken judicial notice of the court's file and has considered applicable Federal Rules of Civil Procedure and case law. The court now being fully informed makes the following findings of fact, conclusions of law, and order.

**FINDING OF FACT AND CONCLUSIONS OF LAW**

    Defendant MechoShade Systems, Inc. (hereinafter Defendant), requests that this court enter a stay pending the determination of the issues of jurisdiction and venue before the United States District Court for the District of Arizona trial court in the case entitled <u>MechoShade Systems, Inc. v. Draper, Inc., Electronics Solutions, Inc. and Hunter Douglas, Inc.</u>, District of Arizona Case No. 10-cv-02470-NVW. In support of the

2

subject motion (docket no. 23), the Defendant, in essence, argues that a stay will serve the interests of judicial efficiency and economy.

Here, the court finds that Defendant has failed to demonstrate any real hardship or inequity if a stay is not granted. See Ben Ezra, Weinstein, & Co. v. America Online Inc., 206 F.3d 980, 987 (10th Cir. 2000). Moreover, the case before this court was the first-to-file case. Furthermore, discovery will need to be conducted either in the District of Colorado or the District of Arizona regardless of the determination by the trial court in the District of Arizona. Accordingly, in this court's discretion and in the interest of justice pursuant to S.E.C. v. Nacchio, 2005 WL 1799372 (D. Colo. July 28, 2005), the Defendant's Motion to Stay (docket no. 23) should be denied.

### ORDER

**WHEREFORE**, based upon these findings of fact and conclusions of law, the court **ORDERS**:

1. The Defendant's Motion to Stay (docket no. 23) is **DENIED**.
2. That each party shall pay their own attorney fees and costs.

Done this 2nd day of March 2011.

BY THE COURT

s/ Michael J. Watanabe
Michael J. Watanabe
U.S. Magistrate Judge